UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **POBLETE TAMARGO LLP,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civ. A. No. 18-2335 (JMC) |
| **UNITED STATES DEPARTMENT OF STATE,** | ) |
| **Defendant.** | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated October 15, 2021, the parties, through undersigned counsel, report to the Court as follows.

1. Since the last status report, the Department has made two productions to Plaintiff. On November 2, 2021, the Department notified Plaintiff it had identified one responsive record to Request F-2014-06088 that must be withheld in its entirety. On December 3, 2021, notified Plaintiff it had identified one responsive record to Request F-2014-06088 that must be withheld in its entirety.

2. The Department anticipates that it can continue making rolling productions on a monthly basis with its next production to be made by January 3, 2022.

3. Plaintiff is reviewing and analyzing the documents provided thus far to one of the Plaintiff's two FOIA requests that are the subject of this litigation and advises he will be able to make decisions regarding the need for motions, if any, after the Department of State provides the Plaintiff with documents to both FOIA requests. At that time the Plaintiff will review and analyze the Department of State's production to both FOIA requests. Plaintiff reserves all issues,

including but not limited to adequacy of the searches, propriety/validity of claimed exemptions and redactions, need for a Vaughn index, need for in camera inspection by the Court, and the need for independent IT verification of the adequacy of document and word search methodology being used, and attorney fees and costs.

4. The parties propose that they provide the Court with a further status report on or before February 16, 2022, proposing a schedule for further proceedings. The parties further propose that the Court defer setting a briefing schedule at this time.

Respectfully submitted,

MATTHEW M. GRAVES, D.C. BAR #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By_____/s/_____
JEREMY S. SIMON, D.C. Bar #447956
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

AND

By_____/s/_____
JASON I. POBLETE, D.C. Bar # 500414
PobleteTamargo LLP
510 King Street, Suite 350
Alexandria, Virginia 22314
(703) 566.3037
Counsel for Plaintiff