UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **POBLETE TAMARGO LLP,** | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civ. A. No. 18-2335 (JMC) </br> ) </br> ) </br> ) </br> ) |
| **Plaintiff,** | |
| v. | |
| **UNITED STATES DEPARTMENT OF STATE,** | |
| **Defendant.** | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated February 15, 2022, the parties, through undersigned counsel, report to the Court as follows.

1. Since the last status report, the Department has issued two letters to Plaintiff regarding the processing of records. On March 3, 2022, the Department notified the Plaintiff it had identified 19 responsive records to Request F-2014-06088 that were being withheld in their entirety. On April 1, 2022, the Department notified the Plaintiff it had identified 23 responsive records to Request F-2014-06088 that were being withheld in their entirety.

2. The Department anticipates that it can continue making rolling productions on a monthly basis with its next production to be made by May 3, 2022.

3. On March 24, 2022, Plaintiff contacted the Department about establishing a production schedule. The Department informed Plaintiff that, in addition to its ongoing processing efforts, it would separately conduct an initial responsiveness review of the remaining potentially responsive material in order to remove facially nonresponsive material and so reduce the volume of documents remaining to be processed. The Department expects that review to be

completed by the next joint status report, at which time the Department will be able to focus its processing efforts on a smaller subset of records and can then further confer with Plaintiff on a processing schedule.

4. Plaintiff is reviewing and analyzing the documents provided thus far to one of the Plaintiff's two FOIA requests that are the subject of this litigation and advises he will be able to make decisions regarding the need for motions, if any, after the Department of State provides the Plaintiff with documents to both FOIA requests. At that time the Plaintiff will review and analyze the Department of State's production to both FOIA requests. Plaintiff reserves all issues, including but not limited to adequacy of the searches, propriety/validity of claimed exemptions and redactions, need for a Vaughn index, need for in camera inspection by the Court, and the need for independent IT verification of the adequacy of document and word search methodology being used, and attorney fees and costs.

5. The parties propose that they provide the Court with a further status report on or before May 18, 2022, proposing a schedule for further proceedings. The parties further propose that the Court defer setting a briefing schedule at this time.

                                                   Respectfully submitted,

                                                   MATTHEW M. GRAVES, D.C. BAR #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By_____/s/_____
JEREMY S. SIMON, D.C. Bar #447956
Assistant United States Attorney
Patrick Henry Building
601 D Street, NW
Washington, D.C., 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

AND

By _____/s/_____
JASON I. POBLETE, D.C. Bar # 500414
PobleteTamargo LLP
510 King Street, Suite 340
Alexandria, Virginia 22314
(703) 566.3037
Counsel for Plaintiff